IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  1:18-cv-01773-RM-KLM

ALMA CEBALLOS

     Plaintiff,

v.

ARIZONA AUTOMOBILE INSURANCE COMPANY

     Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, Alma Ceballos, and the Defendant, Arizona Automobile Insurance Company, by and through their respective counsel, hereby stipulate and agree that the issues between the Plaintiff and Defendant may be dismissed with prejudice, each party to pay their own costs and attorney fees.

It is further stipulated and agreed that the issues between the Plaintiff and Defendant may be dismissed with prejudice without any further notice to either of the parties hereto.

Respectfully submitted this _____ day of _____, 2018.

FRANKLIN D. AZAR & ASSOCIATES, P.C.

*The duly signed original held in the file located at Tucker Holmes, P.C.*
*/s/ DezaRae D. LaCrue*

_____
DezaRae D. LaCrue, Esq.
Attorneys for Plaintiff

TUCKER HOLMES, P.C.

*The duly signed original held in the file located at Tucker Holmes, P.C.*
*/s/ Winslow R. Taylor*

_____
Winslow R. Taylor, Esq.
Attorneys for Defendant