**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 18-cv-01773-RM-KLM

ALMA CEBALLOS,

    Plaintiff,

v.

ARIZONA AUTOMOBILE INSURANCE COMPANY.

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER comes before the Court upon the Stipulation of the Plaintiff, Alma Ceballos, and the Defendant, Arizona Automobile Insurance Company (ECF No. 14), for a dismissal of all claims of Plaintiff against Defendant with prejudice, and the Court, having read the Stipulation and being otherwise fully advised,

HEREBY ORDERS that the claims of Plaintiff, Alma Ceballos, against the Defendant, Arizona Automobile Insurance Company, in the above-captioned action are hereby dismissed with prejudice, with each party to pay their respective costs and attorney fees; and

FURTHER ORDERS that there being no parties or claims remaining, the Clerk of the Court is directed to close this case.

DATED this 20th day of July, 2018.

                                          BY THE COURT:

                                          _____
                                          RAYMOND P. MOORE
                                          United States District Judge